UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:24-cv-60384-WPD

HOWARD COHAN,

     Plaintiff,

v.

SHEEHAN BUICK GMC, INC.,
a Florida Profit Corporation.

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"), filed May 21, 2024. [DE 13]. The Court has reviewed the Stipulation and the pertinent portions of the record and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 13] is **APPROVED**.

2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs except as otherwise agreed.

3. The Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC,* 677 F.3d 1272 (11th Cir. 2012).

4. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of May, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished:
Counsel of record

FP 50176509.1